1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11    JASON A. RUSH,                                    CASE NO. 06cv0464 DMS (PCL)

12                               Petitioner,          **ORDER (1) ADOPTING**
**MAGISTRATE JUDGE'S REPORT**
13         vs.                                         **AND RECOMMENDATION AND**
**(2) DENYING PETITION FOR**
14    JEANNE S. WOODFORD, et al.,                      **WRIT OF HABEAS CORPUS**

15                               Respondents.

16         On March 1, 2006, Petitioner Jason A. Rush ("Petitioner"), a state prisoner proceeding *pro se*,

17    filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts four claims

18    for relief. First, he argues the revocation of his probation and imposition of his prison sentence

19    violated the Eighth Amendment's proscription against cruel and unusual punishment. Second, he

20    asserts the deprivation of worktime credits by classifying his DUI as a serious or violent felony, even

21    thought he had no culpable intent, violates his right to due process. Third, Petitioner contends  the

22    deprivation of worktime credits by classifying his DUI as a serious or violent felony, even though he

23    was not a recidivist felon, violates his right to due process and equal protection. Finally, Petitioner

24    alleges the extension of his sentence violates the ban on cruel and unusual punishment because his

25    conduct was accidental and non-recidivist in nature.

26         On August 14, 2006, Magistrate Judge Peter Lewis issued a Report and Recommendation,

27    recommending that the Court deny the Petition. This Court, having reviewed *de novo* the Magistrate

28    Judge's Report, and  there  being  no  objections  filed  to the Report, adopts the recommendation in

1  full and **DENIES** the petition for habeas corpus.  The Clerk of Court shall enter judgment accordingly,

2  and terminate this case.

3        **IT IS SO ORDERED.**

4  DATED:  September 26, 2006

5  _____

6  DANA M. SABRAW
   United States District Judge

7

8  cc:      all parties
           Judge Lewis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06cv0464