# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. RUSH,<br><br>                        Petitioner,<br>    vs.<br>JEANNE S. WOODFORD, et al.,<br><br>                        Respondents. | CASE NO. 06cv0464 DMS (PCL)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On September 26, 2006, this Court entered judgment denying the petition for a writ of habeas corpus brought by Petitioner pursuant to 28 U.S.C. § 2254. On October 27, 2006, Petitioner filed a Notice of Appeal and a Request for Certificate of Probable Cause, which this Court construes as a request for certificate of appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Having reviewed the petition, the R&R and the September 26, 2006 Order denying the petition, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this Court's

///

///

denial of his petition debatable. Therefore, the Court denies Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

DATED: November 7, 2006

DANA M. SABRAW
United States District Judge